PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 12 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

| U.S.A. vs. | Kim Steven Davis | Docket No. | 2:12CR06020-001 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW David McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kim Steven Davis who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the court at Yakima, WA, on the 13th day of April 2012 under the following conditions:

**Condition No. 18** : Refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1**: Mr. Davis is considered in violation of his pretrial supervision by using a controlled substance, marijuana, on or prior to February 7, 2013.

PRAYING THAT THE COURT WILL ORDER NO ACTION

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/12/2013

by   s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2-12-13
Date